Louis V. Traeger -California State Bar No. 38714
William P. Janulis - IL ARDC No. 1326449
Rosemary Hollinger - IL ARDC No. 03123647
Attorneys for Plaintiff Commodity Futures Trading Commission
525 W. Monroe St., Suite 1100
Chicago, Illinois  60661
312-596-0545 (Janulis); wjanulis@cftc.gov
312-596-0563 (Traeger); ltraeger@cftc.gov
312-596-0520 (Hollinger); rhollinger@cftc.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CHARLES A. DEFAZIO, and**<br><br>**GALAXY RESOURCES 2000, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO.  06 CV 0020 BEN WMc**<br><br>**AGREED ORDER REGARDING TRANSFER OF AN ADDITIONAL FROZEN ASSET TO THE COURT REGISTRY** |

Plaintiff, Commodity Futures Trading Commission ("Commission"), has filed a Complaint against Defendants Charles A. DeFazio ("DeFazio") and Galaxy Resources 2000 LLC ("Galaxy"), seeking injunctive and other equitable relief for violations of the Commodity Exchange Act, as amended ("Act"), 7 U.S.C. §§ 1 et seq. (2002), and Regulations promulgated thereunder, 17 C.F.R. §§ 1 et seq. (2005).

1

Subsequently, Defendants, without admitting or denying the allegations of the Complaint, except those allegations regarding jurisdiction and venue, which they admitted, consented to an Agreed Order of Preliminary Injunction and Other Ancillary Relief ("PI Order"), filed on January 10, 2006. As part of the PI Order, the Court restrained, enjoined and prohibited defendants from directly or indirectly:

> Dissipating, withdrawing, transferring, removing, concealing or disposing of cash, cashiers checks, funds, assets or other property of, or within the custody, control or possession of, Defendants, including, but not limited to, all funds, personal property, money or securities held in safes, safety deposit boxes and all funds on deposit in any financial institution, bank or savings and loan account, including funds or property of investors, wherever located, whether held in the name of any Defendant or otherwise, and the assets affected by this paragraph shall include both existing assets and income and assets acquired after the effective date of this Order; except that Defendant DeFazio is allowed to draw upon and/or use existing funds in Washington Mutual Account No. XXX-XXX861-7 in the name of the DeFazio Family Trust and Downey Savings Account No. XX-XXXX094-6 in his name to satisfy reasonable, ordinary and necessary living expenses up to a maximum of $5,000 per calendar month.

All parties have stipulated that prior to the entry of the PI to Order, the following additional asset was controlled by Defendant DeFazio and the funds therein derive from investors in the Defendants' commodity pool enterprise:

| Entity Holding Funds | Approximate Amount | Name on the Account | Account # |
|---|---|---|---|
| Franklin Templeton Investor Services, LLC | $52,027.00 | Source of Life Society | XXX-XXXXXXX0458 |

**THE PARTIES AGREE AND THE COURT FINDS THAT**:

It is beneficial for the efficient resolution of these proceedings that the asset listed above be transferred and consolidated into the Registry of this Court.

2

Consequently, **IT IS ORDERED** that Plaintiff's Motion to Transfer An Additional Frozen Asset **IS GRANTED** and that Franklin Templeton Investor Services, LLC is ordered to transfer the asset described above to the Registry of this Court pursuant to 28 U.S.C. § 2041 and Local Civil Rule 67.1c.

DATED:  December 12, 2006

_____
Hon. Roger T. Benitez
United States District Judge

Agreed by:

_____  _____

Charles A. DeFazio                           William P. Janulis

Individually and on behalf of Galaxy         One of the Attorneys for the Plaintiff

   Resources 2000, LLC

                                             Commodity Futures Trading Commission

Date:_____             525 West Monroe Street, Suite 1100

                                             Chicago, Illinois 60606

                                             (312) 596-0545

                                             (312) 596-0714 (facsimile)

                                             wjanulis@cftc.gov

                                             Date:_____